FILED

2020 Jun-29  AM 11:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

**WILBER HOLLAND**                                                      **PLAINTIFF**

**V.**                                                  **CIVIL ACTION NO.:**_____

**AWESOME SITTERS REFERRAL**
**AND CONSULTANT LLC; AND**
**LATESIA JOHNSON (MCDONALD), INDIVIDUALLY**          **DEFENDANTS**

**COMPLAINT**
**JURY TRIAL DEMANDED**

**COMES NOW** Plaintiff, Wilber Holland, and files this action to recover damages for violations of her rights under the Fair Labor Standards Act against Defendants. In support of this cause, the Plaintiff would show unto the Court the following facts to-wit:

**PARTIES**

1.      Plaintiff, Wilber Holland, individually, is an adult female citizen of Jefferson County, Alabama.

2.      Defendant, Awesome Sitters Referral and Consultant LLC, is an Alabama Limited Liability Company that may be served with process through its registered agent, Latesia Johnson (McDonald), 500 Highland Drive, Midfield, Alabama 35228.   This Defendant is engaged in interstate commerce and is an "employer" within the meaning of the FLSA.

3.      Defendant, Latesia Johnson (McDonald), may be served with process at her place of employment, 500 Highland Drive, Midfield, Alabama 35228.   This Defendant is also considered an "employer" under the FLSA.

## JURISDICTION AND VENUE

4.      This Court has federal question jurisdiction and venue is proper pursuant to 29 U.S.C. § 216(b).

5.       Plaintiff timely files this cause of action within the appropriate statute of limitations for claims arising the FLSA.

## STATEMENT OF THE FACTS

6.      Plaintiff is an adult female resident of Birmingham, Alabama.

7.      Plaintiff was first employed in July 2018 as a Sitter/Caregiver at Awesome Sitters Referral and Consultant LLC.

8.      Plaintiff was employed with Defendants as sitters/caregivers for patients in hospitals and retirement centers in Birmingham, Alabama.

9.      During Plaintiff's time working for Sitter/Caregiver at Awesome Sitters Referral and Consultant LLC, Plaintiff has routinely worked 12-hour shifts, often five to ten days in a row.

10.     As a result, it was common that Plaintiff worked well over 40 hours in a work week, and/or well over 80 hours in a two week pay period.

11.     Although Plaintiff was regularly working overtime hours, Plaintiff was consistently paid only a straight pay rate ($8/hour and later $9/hour) for the overtime hours she worked throughout Plaintiff's employment in violation of the FLSA.

12.     Plaintiff has not been paid at the legally mandated overtime rate when she worked overtime hours.

13.     Plaintiff worked more than forty (40) hours a week; however, she was never paid time and half overtime wages when she worked more than forty (40)

2

hours in a week.

## CAUSES OF ACTION

### COUNT 1:  VIOLATION OF THE FAIR LABOR STANDARDS ACT

13.      Plaintiff was a non-exempt employee and subject to the provisions of the Fair Labor Standards Act as it pertains to whether or not Plaintiff was entitled to overtime pay for all overtime hours worked.

14.      Plaintiff, as a sitter/caregiver, was considered non-exempt during her employment with Defendants as she was paid only straight time for all hours worked.

15.      The Fair Labor Standards Act requires that employees be paid an overtime premium at a rate not less than one and one-half (1 ½) times the regular rate at which they are employed for all hours in excess of forty (40) hours in a work week. 29 U.S.C. § 207(a).

16.      Plaintiff has not been paid overtime compensation under the Fair Labor Standards Act at a rate of 1 ½ her regular rate of pay.

17.      The acts of the Defendants constitute a willful intentional violation of the Fair Labor Standards Act.

**WHEREFORE PREMISES CONSIDERED**, Plaintiff respectfully prays that upon hearing of this matter by a jury, the Plaintiff be granted the following relief in an amount to be determined by the jury:

1.      Overtime wages;
2.      Liquidated Damages;
3.      Tax gross-up and all make-whole relief,
4.      Attorney fees;
5.      Costs and expenses; and
6.      Any other relief to which she may be entitled pursuant to the FLSA.

THIS the 26th day of June 2020.

3

Respectfully submitted,

WILBER HOLLAND, Plaintiff

By:     /s Patrick Montgomery
        Patrick Montgomery (#ASB-1173-C66M)
        MON062
        Attorney for Plaintiff


OF COUNSEL:

MORGAN & MORGAN
63 South Royal Street
Suite 710
Mobile, AL 36602
Telephone: (251) 800-6030
Facsimile: (251) 800-6050
Email: pmontgomery@forthepeople.com